UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
MITCHELL, PATRICK W                     §    Case No. 09-23993
MITCHELL, LYNN M                        §
                                        §
                                        §
         Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF THE U.S. BANKR. CT
　　　　　　　　219 S. DEARBORN STREET
　　　　　　　　7TH FLOOR
　　　　　　　　CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/22/2011 in Courtroom 744,
　　　　　　　　United States Courthouse
　　　　　　　　219 South Dearborn
　　　　　　　　Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/25/2011              By: /s/ Andrew J. Maxwell
                                            Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
MITCHELL, PATRICK W § Case No. 09-23993
MITCHELL, LYNN M §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 10,001.23 |
| and approved disbursements of | $ | 16.64 |
| leaving a balance on hand of[1] | $ | 9,984.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,750.12 | $ 0.00 | $ 1,696.98 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 7,560.50 | $ 0.00 | $ 7,330.94 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 41.62 | $ 0.00 | $ 40.36 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 945.00 | $ 0.00 | $ 916.31 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 16.64 | $ 16.64 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,984.59 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,938.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA NA | $ 7,907.59 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA NA | $ 9,967.38 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA NA | $ 12,344.33 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA,N.A | $ 1,370.22 | $ 0.00 | $ 0.00 |
| 000006 | C/O SALLIE MAE, Inc. | $ 15,167.01 | $ 0.00 | $ 0.00 |
| 000007 | Fia Card Services, NA/Bank of America | $ 19,181.99 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $   0.00

Remaining Balance    $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

             Prepared By: /s/Andrew J. Maxwell
                        Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Patrick W Mitchell  
Lynn M Mitchell  
    Debtors

Case No. 09-23993-ERW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: bchavez      Page 1 of 2      Date Rcvd: Oct 26, 2011  
                        Form ID: pdf006      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2011.

```
db/jdb       +Patrick W Mitchell,   Lynn M Mitchell,   17350 Valley Forge Drive,   Tinley Park, IL 60477-4508
14116124     +AT & T,    PO BOX 8212,    Aurora, IL 60572-8212
14116121     +Acs/education Lending,    501 Bleecker St,    Utica, NY 13501-2401
14116123     +Arboreteum View Animal Hospital,   2551 Warrenville Road,   Downers Grove, IL 60515-1724
14116125     +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
16111096     +C/O SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1496
14116126    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
               Norcross, GA 30091)
14116128     +Chase - Cc,   Attention: Banktruptcy Department,    Po Box 15298,   Wilmington, DE 19850-5298
15922034      Chase Bank USA NA,   P.O. BOX 15145,    Wilmington DE 19850-5145
15968919     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
14116130     +Fifth Third Bank,   200 W Broadway,    Louisville, KY 40202-2128
14116120     +Fifth Third Bank Cc,    38 Fountain Square,    Cincinnati, OH 45263-0001
14116131     +Gmac Mortgage,   3451 Hammond Ave,    Waterloo, IA 50702-5300
14116133     +HSBC,   Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
14116132     +Home Comings Financial,    Attention:  Bankruptcy Dept,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
14116134     +James R Becker DDS,    16860 Oak Park Ave,    Tinley Park, IL 60477-2787
14116136      Lynn C. Mitchell,    11717 S. Harding,    Garden Homes, IL 60183
15824862     +Onyx Acceptance Corp (Serviced by Capital One Auto,    P.O. Box 201347,   Arlington, TX 76006-1347
14116139     +US Cellular,    PO Box 7835,   Madison, WI 53707-7835
14116140     +Village of Tinley Park,    7850 W. 183rd Street,    Tinley Park, IL 60477-3681
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14116129     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Oct 27 2011 02:09:42     COMCAST,
               844 169TH STREET,    Hammond, IN 46324-2036
14116127     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Oct 27 2011 02:08:11
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
16296967      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2011 04:09:49
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14116135     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 27 2011 04:13:09     Kohls,   Attn: Recovery,
               Po Box 3120,    Milwaukee, WI 53201-3120
14116137     +E-mail/Text: bankrup@nicor.com Oct 27 2011 02:06:30     Nicor Gas,
               Attention:  Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14116138     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 27 2011 04:14:15     Sallie Mae,   1002 Arthur Dr,
               Lynn Haven, FL 32444-1683
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15936006*     Chase Bank USA NA,   PO BOX 15145,    Wilmington, DE 19850-5145
14116122    ##+ADT Security Services,   PO Box 96175,    Las Vegas, NV 89193-6175
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: bchavez              Page 2 of 2              Date Rcvd: Oct 26, 2011
                               Form ID: pdf006            Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**                    **Signature:**    _Joseph Speetjens_