UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )    Case No. 09 B 23993
PATRICK & LYNN MITCHELL                   )
                                          )
                                          )
                                          )    Chapter 7
                                          )
        Debtors.                          )
_____)

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
MAXWELL LAW GROUP, LLC, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT
OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $7,560.50 | TOTAL COSTS REQUESTED: | $41.62 |
| TOTAL FEES REDUCED: | $1,167.47 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $6,393.03 | TOTAL COSTS ALLOWED: | $41.62 |

**TOTAL FEES AND COSTS ALLOWED: $6,434.65**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)    **Unreasonable Time**

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(7)    **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: November 22 , 2011

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

9/28/2011
10:27 AM

Maxwell Law Group, LLC
Time Detail

Page    2

Mitchell, Pat&Lynn: (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total<br>Billable |
|---|---|---|---|---|---|
| 8/9/2011<br>173570 | AJM10<br>revise<br>time detail for final fee applications, conf. w/ MAS re same<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 440.00 | 0.30 | 132.00 | Billable |

⑦   $-132 \times .1 = -\$13.20$

| 8/31/2011<br>173340 | JHS10<br>exchange<br>emails w/ AJM regarding fee app<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 275.00 | 0.20 | 55.00 | Billable |

| 9/1/2011<br>173414 | JHS10<br>exchange<br>emails w/ AJM regarding fee application and conf. w/ MAS regarding same<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 275.00 | 0.20 | 55.00 | Billable |

⑦   $-55 \times .1 = -\$5.50$

| 9/1/2011<br>173413 | JHS10<br>review & revise<br>draft fee application for attorney<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 275.00 | 2.90 | 797.50 | Billable |

② Total fees requested = $7,560.50
5% = $378.03
allowable for prep of fee app

| 9/9/2011<br>173571 | AJM10<br>revise<br>final attorney fee applications & accountant fee application, review time<br>detail re attorney fee application<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 440.00 | 1.00 | 440.00 | Billable |

⑦   $-440 \times .1 = -\$44$

| 11/10/2011<br>173572 | AJM10<br>appear in court<br>for final fee applications (EST)<br>Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 440.00 | 0.50 | 220.00 | Billable |

Fee app related expenses:
8/9    8/31    9/1    9/1    9/9
$118.80 + $55 + $49.50 + $797.50 + $396 = $1,416.80

| Total: 01 | | | 8.70<br>allowable<br>$378.03 | $2,471.50<br>∴ disallowed -$1,038.77 | |

Nickname 2: 07

| 8/5/2010<br>161937 | AJM10<br>review<br>documents from D re RE title, etc. (.2); prepare demand letter to D's csl re<br>resolution of RE (.2)<br>Reference:    SALES OR RENTAL OF REAL ESTATE | 440.00 | 0.40 | 176.00 | Billable |

| 8/9/2010<br>166347 | JHS10<br>review<br>e-mail from Debtor's counsel and e-mail AJM regarding same.<br>Reference:    SALES OR RENTAL OF REAL ESTATE | 275.00 | 0.10 | 27.50 | Billable |

| 8/20/2010<br>166397 | JHS10<br>exchange<br>e-mails with Debtor's counsel regarding settlement offer and e-mail Trustee | 275.00 | 0.30 | 82.50 | Billable |

| | | | | |
|---|---|---|---|---|
| 9/28/2011 | | Maxwell Law Group, LLC | | |
| 10:27 AM | | Time Detail | Page | 5 |

Mitchell, Pat&Lynn: (continued)

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/2/2010 166211 | LAK10 prepare 1st draft of claims objection - Onyx (secured) and draft order re same Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 160.00 | 0.90 | 144.00 | Billable |
| 12/2/2010 165933 | AJM10 revise objection to Onyx claim, notice (.5); conf. w/ LAK re notice to Onyx (no appearance on docket) and Q re MMS (.2) Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 440.00 | 0.70 | 308.00 | Billable |
| 12/2/2010 165372 | JHS10 conference w/ LAK regarding claim issues related to Onyx Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 275.00 | 0.20 | 55.00 | Billable |
| 12/2/2010 165373 | JHS10 review & revise draft objection to Onyx claim Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 275.00 | 0.50 | 137.50 | Billable |
| 1/5/2011 166512 | VRB10 prepare for court re Onyx CLOB Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 300.00 | 0.30 0.30 | 90.00 90.00 | No Charge |
| 1/5/2011 166513 | VRB10 appear in court re Onyx CLOB Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 300.00 | 0.50 | 150.00 | Billable |
| 2/16/2011 172855 | JHS10 review & revise draft 3012 motion answer email AJM regarding same Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 275.00 | 1.30 | 357.50 | Billable |
| 2/18/2011 171225 | AJM10 research research Rule 3012 re amended claim objection, research code, consider Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 440.00 | 0.20 | 88.00 | Billable |
| 2/21/2011 172857 | JHS10 review & revise objection to claim 1 and conf. w/ VRB regarding same Reference: ASSIST CREDITORS/CLAIMS OBJECTIONS | 275.00 | 0.80 | 220.00 | Billable |
| 2/21/2011 171245 | AJM10 review review schedules & Statement of Intention, research Rules (3007 & 3012 in | 440.00 | 1.50 | 660.00 | Billable |

(?) -660x.(=-$66)