# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                     §
                                           §
MITCHELL, PATRICK W                        §    Case No. 09-23993
MITCHELL, LYNN M                           §
                                           §
            Debtor(s)                      §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One Auto Finance<br>3901 N Dallas Pkwy Plano, TX 75093 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage 3451 Hammond Ave Waterloo, IA 50702 | | | | | |
| | Home Comings Financial Attention: Bankruptcy Dept 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | Lynn C. Mitchell 11717 S. Harding Garden Homes, IL 60183 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5/3 Bank Cc 38 Fountain Square Cincinnati, OH 45263 | | | | | |
| | ADT Security Services PO Box 96175 Las Vegas, NV 89193 | | | | | |
| | AT & T PO BOX 8212 Aurora, IL 60572 | | | | | |
| | Acs/education Lending 501 Bleecker St Utica, NY 13501 | | | | | |
| | Arboreteum View Animal Hospital 2551 Warrenville Road Downers Grove, IL 60515 | | | | | |
| | Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |
| | COMCAST 844 169TH STREET Hammond, IN 46324 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Fifth Third Bank 200 W Broadway Louisville, KY 40202 | | | | | |
| | HSBC Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | James R Becker DDS 16860 Oak Park Ave Tinley Park, IL 60477 | | | | | |
| | Kohls Attn: Recovery Po Box 3120 Milwaukee, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| | Sallie Mae 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| | Sallie Mae 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| | US Cellular PO Box 7835 Madison, WI 53707 | | | | | |
| | Village of Tinley Park 7850 W. 183rd Street Tinley Park, IL 60477 | | | | | |
| 000006 | C/O SALLIE MAE, INC. | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000005 | CHASE BANK USA,N.A | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 09-23993 ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MITCHELL, PATRICK W | | Date Filed (f) or Converted (c): | 06/30/09 (f) |
| | MITCHELL, LYNN M | | 341(a) Meeting Date: | 08/04/09 |
| For Period Ending: | 12/31/11 | | Claims Bar Date: | 10/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17350 VALLEY FORGE DRIVE TINLEY PARK, IL 60477 | 313,333.00 | 0.00 | DA | 0.00 | FA |
| 2. 1/3RD INTEREST IN 6239 W.94TH AVE 3N OAK LAWN, ILL | 72,133.00 | 72,133.00 | | 10,000.00 | FA |
| 3. 5/3RD CHECKING | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 4. 5/3RD SAVINGS | 200.00 | 200.00 | DA | 0.00 | FA |
| 5. MISCELLANEOUS HOUSEHOLD GOODS | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 6. EVERYDAY CLOTHING <br> Debtor Claimed Exemption | 750.00 | 750.00 | DA | 0.00 | FA |
| 7. WEDDING RINGS | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 8. LOCAL 701-PENSION <br> Debtor Claimed Exemption | 45,000.00 | 45,000.00 | DA | 0.00 | FA |
| 9. CHRIST HOSPITAL 401(K) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. IRA - OPENHEIMER MUTUAL FUND | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 11. 2005 - DODGE CARAVAN 35,000 MILES | 5,650.00 | 5,650.00 | DA | 0.00 | FA |
| 12. 2002 DODGE DURANGO 65000 MILES NADA | 6,200.00 | 6,200.00 | DA | 0.00 | FA |

LFORM1

Ver: 16.04e

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Case 09-23993 Doc 55 Filed 02/03/12 Entered 02/03/12 14:51:41 Desc Main
Document Page 10 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-23993 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MITCHELL, PATRICK W | | | Date Filed (f) or Converted (c): | 06/30/09 (f) |
| | MITCHELL, LYNN M | | | 341(a) Meeting Date: | 08/04/09 |
| | | | | Claims Bar Date: | 10/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. 1972 MONTE CARLO 78,000 MILES NOT RUNNING-ENGINE A | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 14. HP - DESKTOP | 150.00 | 150.00 | DA | 0.00 | FA |
| 15. TOOLS | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.23 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $458,416.00 | $145,083.00 | | $10,001.23 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-asset Notice filed 7-19-10; claim objection filed (disallowed) - Judge asked for revisions; revisions made and claim

determination order entered

-accountant employed, tax returns filed

-FR in progress

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.04e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-23993 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MITCHELL, PATRICK W | | Bank Name: | Bank of America, N.A. |
| | MITCHELL, LYNN M | | Account Number / CD #: | *******8861 Money Market - Interest Bearing |
| Taxpayer ID No: | 35-6877565 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 11/22/10 | 2 | PATRICK & LYNN MITCHELL | RCPTS - LIQUID. OF REAL PROPERTY | 10,000.00 | | | | | 10,000.00 |
| 11/30/10 | 16 | Bank of America, N.A. | Interest Rate 0.030 | | 0.07 | | | | 10,000.07 |
| 12/31/10 | 16 | Bank of America, N.A. | Interest Rate 0.030 | | 0.25 | | | | 10,000.32 |
| 01/31/11 | 16 | Bank of America, N.A. | Interest Rate 0.030 | | 0.25 | | | | 10,000.57 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | | | 16.64 | | | 9,983.93 |
| 02/28/11 | 16 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,984.01 |
| 03/31/11 | 16 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,984.09 |
| 04/29/11 | 16 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,984.17 |
| 05/31/11 | 16 | Bank of America, N.A. | Interest Rate 0.010 | | 0.09 | | | | 9,984.26 |
| 06/30/11 | 16 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,984.34 |
| 07/29/11 | 16 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,984.42 |
| 08/31/11 | 16 | Bank of America, N.A. | Interest Rate 0.010 | | 0.09 | | | | 9,984.51 |
| 09/29/11 | 16 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.08 | | | | 9,984.59 |
| 09/29/11 | | Transfer to Acct #*******5282 | Final Posting Transfer | | | | | -9,984.59 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-23993 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MITCHELL, PATRICK W | | Bank Name: | Bank of America, N.A. |
| | MITCHELL, LYNN M | | Account Number / CD #: | *******5282 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 35-6877565 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/29/11 | | Transfer from Acct #*******8861 | Transfer In From MMA Account | | | | | 9,984.59 | 9,984.59 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -12.72 | | 9,971.87 |
| * 11/09/11 | | Bank of America | reversal of Bank service fee | | | | 12.72 | | 9,984.59 |
| * 11/10/11 | | Reverses Adjustment IN on 11/09/11 | reversal of Bank service fee | | | | -12.72 | | 9,971.87 |
| 11/10/11 | | Bank of America | Reversal of Bank Service Fee | | | | 12.73 | | 9,984.60 |
| 11/23/11 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Final Distribution | | | 1,750.12 | | | 8,234.48 |
| 11/23/11 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM)<br>Final Distribution | | | 6,393.03 | | | 1,841.45 |
| 11/23/11 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM)<br>Final Distribution | | | 41.62 | | | 1,799.83 |
| 11/23/11 | 001004 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | ACCT FOR TRUSTEE FEES<br>Final Distribution | | | 945.00 | | | 854.83 |
| 11/23/11 | 001005 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington DE 19850-5145 | Final Distribution | | | 102.51 | | | 752.32 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-23993 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MITCHELL, PATRICK W | | Bank Name: | Bank of America, N.A. |
| | MITCHELL, LYNN M | | Account Number / CD #: | *******5282 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 35-6877565 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 11/23/11 | 001006 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington DE 19850-5145 | Final Distribution | | | 129.22 | | | 623.10 |
| 11/23/11 | 001007 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Final Distribution | | | 160.03 | | | 463.07 |
| 11/23/11 | 001008 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Final Distribution | | | 17.76 | | | 445.31 |
| 11/23/11 | 001009 | C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | Final Distribution | | | 196.63 | | | 248.68 |
| 11/23/11 | 001010 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | | | 248.68 | | | 0.00 |

LFORM2X  UST Form 101-7-TDR (5/1/2011) *(Page: 13)*   Ver: 16.04e